IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| UNITED STATES OF AMERICA | CRIMINAL NO. 2:25cr915 |
|---|---|
| v. | 18 U.S.C. § 2251(a) <br> 18 U.S.C. § 2251(e) |
| **BRANDON BRILL** | 18 U.S.C. § 2422(b) <br> 18 U.S.C. § 2253 <br> 18 U.S.C. § 981(a)(1)(C) <br> 18 U.S.C. § 2428(a)(1) <br> 28 U.S.C. § 2461(c) |
| | **INDICTMENT** |

## BACKGROUND

1. The Defendant **BRANDON BRILL**, at all times pertinent to this Indictment, resided and worked in the District of South Carolina as a nanny and childcare provider.

2. The Defendant **BRANDON BRILL** abused his position of trust as a nanny and childcare provider to access, target, and sexually exploit numerous minors victims, including by committing hands-on sexual abuse of minors and by producing child pornography depicting minor victims.

3. The Defendant **BRANDON BRILL** used minors he had access to by virtue of his position as a nanny and childcare provider to gain access to additional minors, who he would then sexually exploit.

4. Further, the Defendant **BRANDON BRILL** regularly invited minor children who he cared for and/or who resided in the same neighborhood over to his house to play video games and/or to sleepover.

**RECEIVED**

JUL 22 2025

FLORENCE, S.C.

5. The Defendant **BRANDON BRILL** portrayed himself as a successful streamer[1] to the minors and their guardians to further gain trust and/or access to the minors.

6. Minor Victim 1, Minor Victim 2, Minor Victim 3, Minor Victim 4, Minor Victim 5, and Minor Victim 6, all known to the Grand Jury, are all minors under the age of 18, and the Defendant **BRANDON BRILL** sexually exploited each of them as described below.

### Count 1
### 18 U.S.C. § 2251
### (Production of Child Pornography)

**THE GRAND JURY CHARGES:**

7. The factual allegations of paragraphs 1 through 6 of this Indictment are re-alleged as though fully set forth herein.

8. From on or about November 2024 through December 2024, in the District of South Carolina and elsewhere, the Defendant **BRANDON BRILL** did knowingly employ, use, persuade, induce, entice, and coerce a minor, namely Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

---

[1] A "streamer" is an individual who films and records himself or herself playing video games and posts on various social media platforms to gain followers and notoriety. A common goal of streaming in this way is to result in financial gain and sponsorship from various companies.

## Count 2
## 18 U.S.C. § 2251
### (Attempted Production of Child Pornography)

**THE GRAND JURY FURTHER CHARGES:**

9. The factual allegations of paragraphs 1 through 6 of this Indictment are re-alleged as though fully set forth herein.

10. On or about April 12, 2024, in the District of South Carolina and elsewhere, the Defendant **BRANDON BRILL** did attempt to knowingly employ, use, persuade, induce, entice, and coerce a minor, namely Minor Victim 2, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## Count 3
## 18 U.S.C. § 2251
### (Production of Child Pornography)

**THE GRAND JURY FURTHER CHARGES:**

11. The factual allegations of paragraphs 1 through 6 of this Indictment are re-alleged as though fully set forth herein.

12. On or about December 31, 2024, in the District of South Carolina and elsewhere, the Defendant **BRANDON BRILL** did knowingly employ, use, persuade, induce, entice, and coerce a minor, namely Minor Victim 3, to engage in sexually explicit conduct for the purpose of

producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## Count 4
## 18 U.S.C. § 2251
### (Attempted Production of Child Pornography)

13. The factual allegations of paragraphs 1 through 6 of this Indictment are re-alleged as though fully set forth herein.

14. On or about February 29, 2024, in the District of South Carolina and elsewhere, the Defendant **BRANDON BRILL** did attempt to knowingly employ, use, persuade, induce, entice, and coerce a minor, namely Minor Victim 6, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

4

## Counts 5 through 10
## 18 U.S.C. § 2422(b)
## (Coercion/Enticement of Minor)

**THE GRAND JURY FURTHER CHARGES:**

15. The factual allegations of paragraphs 1 through 6 of this Indictment are re-alleged as though fully set forth herein.

16. That on or about the dates below, in the District of South Carolina, the Defendant **BRANDON BRILL** used and/or attempted to use a facility and means of interstate and foreign commerce to knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in sexual activity, which would constitute a criminal offense under (1) Title 18, United States Code, Sections 2251(a) and 2251(e) (Production and/or Attempted Production of Child Pornography, as charged in Counts 1 through 4), (2) S.C. Code Ann. 16-15-395(A) (Sexual Exploitation, 1st Degree), (3) S.C. Code Ann. 16-15-342 (Criminal Solicitation of a Minor), and/or (4) S.C. Code Ann. Section 16-3-655(C) (Criminal Sexual Conduct with a Minor, 3rd Degree):

| Count | Dates | Victim |
|---|---|---|
| 5. | At least as early as June 2024 through on or about December 2024 | Minor Victim 1 |
| 6. | At least as early as August 12, 2023, to on or about January 2025 | Minor Victim 2 |
| 7. | At least as early as February 22, 2024, to on or about January 2025 | Minor Victim 3 |
| 8. | At least as early as May 30, 2024, to on or about December 2024 | Minor Victim 4 |

| 9. | At least as early as June 2023, to on or about February 2025 | Minor Victim 5 |
| 10. | At least as early as February 12, 2024, to on or about March 13, 2024 | Minor Victim 6 |

In violation of Title 18, United States Code, Section 2422(b).

# FORFEITURE

PRODUCTION OF CHILD PORNOGRAPHY:

Upon conviction for violation of Title 18, United States Code, Section 2251 as charged in this Indictment, the Defendant, **BRANDON BRILL**, shall forfeit to the United States his interest in:

(1) any visual depiction described in section 2251, 2251A, 2252, or 2252A of chapter 110 of the United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of chapter 110 of the United States Code;

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses.

ENTICEMENT OF A MINOR:

Upon conviction for violation of Title 18, United States Code, Section 2422(b), as charged in this Indictment, the Defendant, **BRANDON BRILL**, shall forfeit to the United States his interest in:

(1) any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and

(2) any property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such violation.

PROPERTY:

The property subject to forfeiture pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 2253 and 2428, and Title 28, United States Code, Section 2461(c), includes, but is not limited to, the following:

7

A. Proceeds/Forfeiture Judgment:

A sum of money equal to all proceeds the Defendant obtained, directly or indirectly, from the offense charged in this Indictment, and all interest and proceeds traceable thereto, and/or such sum that equals all property derived from or traceable to his violation of Title 18.

B. Electronic Equipment:

   (1) Computer tower
      Serial Number: Unknown

   (2) MacBook Pro
      Serial Number: C02W80ERHV2M

   (3) iPhone 15 Pro Max
      IMEI: 359897658400896

   (4) Apple iPhone 11 Pro
      Serial Number: C39CC9P4N6XP

   (5) ITB HD
      Model: WLI000GSA6459

   (6) Playstation 5
      Serial Number: AK713007457

   (7) Nintendo Switch
      Serial Number: Unknown

   (8) Xbox-X
      Serial Number: 183902221917

   (9) Apple Watch Series 5
      Serial Number: Unknown

   (10) MacBook A1407 with accessories
       Serial Number: CO2GH152DJGR

   (11) Z790 Aorus Elite AX ICE tower
       Serial Number: NKM6JT6

SUBSTITUTE ASSETS:

If any of the property described above, as a result of any act or omission of the

Defendant:

    a.  cannot be located upon the exercise of due diligence;
    b.  has been transferred or sold to, or deposited with, a third party;
    c.  has been placed beyond the jurisdiction of the court;
    d.  has been substantially diminished in value; or
    e.  has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by 18 U.S.C. § 982(b)(1) to seek forfeiture of any other property of Defendant up to an amount equivalent to the value of the above-described forfeitable property;

Pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 2253 and 2428, and Title 28, United States Code, Section 2461(c)

A ~~Fair~~ *124* True _____ BILL

███████████████████

FOREPERSON

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: *[signature]* Bower.
Amy F. Bower (Fed. Id No. 11784)
Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, South Carolina 29401
Telephone: (843) 727-4381
Email: amy.bower@usdoj.gov

10